UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 03-20476-Ma |
| vs. ) | |
| ) | |
| TOMMIE LEE BROWN, JR. ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD TESTIFICANDUM

LINDA N. HARRIS, Assistant United States Attorney, applies to the Court for a Writ to have LEONEL TORRES, DOB 6-12-74, SSN# 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, TOMIS ID# 00292830, now being detained in the Hardeman County Jail, on Tuesday, May 2, 2004 at 9:00 a.m. in Memphis, Tennessee for trial testimony before the Honorable Samuel H. Mays, Jr. and for such other appearances as this Court may direct.

Respectfully submitted this 18th day of April, 2005.

LINDA N. HARRIS
ASSISTANT UNITED STATES ATTORNEY

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application, DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN SHERIFF/WARDEN, Hardeman County Jail in Boliver, Tennessee.

YOU ARE HEREBY COMMANDED to have LEONEL TORRES appear before the Honorable Samuel H. Mays, Jr. for trial testimony at the date and time aforementioned.

ENTERED this 18 day of April, 2005.

HONORABLE TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 123 in case 2:03-CR-20476 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT