UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___Cas___ D.C.

2005 SEP 21 PM 2:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 03-20476-Ma |
| vs. ) | |
| ) | |
| TOMMIE LEE BROWN, JR. ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD TESTIFICANDUM

LINDA NETTLES HARRIS, Assistant United States Attorney, applies to the Court for a Writ to have LEONEL R. TORRES, Prisoner # 292830, DOB 6/12/1974, SSN# 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, now being detained in the Hardeman County Correctional Facility, in Whiteville, Tennessee, appear as a witness before the Honorable Samuel H. Mays, Jr. on Monday, October 3-14, 2005 at 9:30 a.m. at the trial in the above referenced case and for such other appearances as this Court may direct.

Respectfully submitted this 21st day of September, 2005.

*Linda Nettles Harris*
LINDA NETTLES HARRIS
ASSISTANT UNITED STATES ATTORNEY

Upon consideration of the foregoing Application, DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN SHERIFF/WARDEN, Hardeman County Correctional Facility in Whiteville, Tennessee.

YOU ARE HEREBY COMMANDED to have LEONEL R. TORRES, appear before the Honorable Samuel H. Mays, Jr. as a witness at the date and time aforementioned.

ENTERED this 21 day of September, 2005.

*Diane K. Vescovo*
HONORABLE DIANE VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___9-23-05___

145

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 145 in case 2:03-CR-20476 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT